UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF LEECO MARINE LLC, AS OWNER AND OPERATOR OF THE M/V ANNETTE ADAMS, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 23-7326<br><br>SECTION "R" (1) |

## NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY

Notice is hereby given that Petitioner, Leeco Marine LLC, as owner and operator of the M/V Annette Adams, has filed a Complaint, pursuant to 46 U.S.C. § 30501, *et seq.*, for exoneration from or limitation of liability for all claims for any loss, damage, injury, death, or destruction, arising out of or occurring as a result of the incident occasioned on November 16, 2022, when Limitation Petitioner's vessel was stationary in the navigable waters of the coast of Louisiana and Blake Cavalier was injured during a lift basket transfer between the M/V Annette Adams and a certain liftboat owned and operated by Elevating Boats, Inc., all as is more fully set forth in the Complaint.

All persons having claims arising out of the incident referred to above must file their respective claims, as provided in Rule F, including paragraphs (4) and (5) thereof, of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil

Procedure, with the Clerk of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C-151, New Orleans, Louisiana 70130, and must serve a copy thereof on attorneys for Limitation Petitioner on or before the 1st day of March, 2024, or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on the attorneys for Limitation Petitioner an answer to the complaint on or before the aforesaid date unless his claim has included an answer, so designated, or be defaulted.

Date: __Jan 03 2024__

__Carol L. Michel__
Name of clerk of court

__/s/ L. Guillot__
Deputy clerk's signature

7